STATE OF CONNECTICUT *v.* DEON WALKER

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 929 (AC 15725), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided February 18, 1998

AMERICAN PREMIER UNDERWRITERS, INC. *v.* NATIONAL RAILROAD PASSENGER CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 384 (AC 16247), is denied.

*James T. Shearin* and *Andrew McDonald,* in support of the petition.

*Charles A. Deluca,* in opposition.

Decided February 18, 1998

STATE OF CONNECTICUT *v.* EVERETT EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 928 (AC 16518), is denied.